**Arturo De Jesus AGUIRRE–FLORES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 13–71528.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 13, 2014.*

Filed Aug. 15, 2014.

Arturo De Jesus Aguirre–Flores, Adelanto, CA, pro se.

Aaron Nelson, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, THOMAS, and HURWITZ, Circuit Judges.

MEMORANDUM **

Arturo De Jesus Aguirre–Flores, a native and citizen of El Salvador, petitions pro se for review of a Board of Immigration Appeals order dismissing his appeal from an immigration judge's denial of Aguirre–Flores' motion to reopen deportation proceedings conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Urbina–Osejo v. INS*, 124 F.3d 1314, 1316 (9th

Cir.1997). We deny the petition for review.

The agency did not abuse its discretion by denying Aguirre–Flores' motion to reopen because he did not demonstrate reasonable cause for failing to attend his 1990 deportation hearing. *See id.* (motion to reopen in absentia deportation hearing could be granted only if alien demonstrated reasonable cause for missing the hearing).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

